**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**John S. Missanelli, D.O., Plaintiff, Pro Se, 8810 Wainwright Road, Wyndmoor, PA. 19038; 267-368-2292; jmissanelligrob@aol.com.**

**v.**

**Lehigh Valley Health Network, et al., Defendants .Hoffman & Hlavac, Retained, 1605 North Cedar Crest Blvd., Suite 509, Allentown. PA. 18104, 484-408-6001, shoffman@hhe-law.com.**

**Civil Action No. 5:26-cv-1237**

**PLAINTIFF'S RULE 37(d) MOTION FOR SANCTIONS AGAINST DEFENDANT LVHN AND COUNSEL STEVEN HOFFMAN FOR FAILURE TO PARTICIPATE IN DISCOVERY AND IGNORING  MEET-AND-CONFER REQUESTS**

Plaintiff **John S. Missanelli, D.O.,** proceeding pro se, respectfully moves this Court under **Fed. R. Civ. P. 37(d)** for sanctions against Defendant **Lehigh Valley Health Network ("LVHN")** and its counsel **Steven Hoffman, Esq.,** for their repeated and willful failure to participate in discovery, including ignoring **meet-and-confer attempts** and failing to serve required responses to Plaintiff's discovery requests.

**I. INTRODUCTION**

Rule 37(d) authorizes sanctions when a party **fails to serve answers, objections, or responses** to properly served discovery requests, or **fails to participate in** good-faith discovery efforts, including meet-and-confer obligations. Defendant LVHN and Attorney Hoffman have now **ignored  separate meet-and-confer** requests, failed to respond to Plaintiff's discovery requests, and refused to engage in any meaningful communication regarding discovery deficiencies. Attorney Hoffman further tried to advise Plaintiff Missanelli to refrain from following court procedure in a deliberate attempt to mislead Missanelli into not filing motions, memoranda, exhibits and other court documents to unfairly gain advantage in the court.

Their conduct has halted discovery, violated the Federal Rules of Civil Procedure, and obstructed Plaintiff's ability to prosecute this case.

## II. FACTUAL AND PROCEDURAL BACKGROUND

1. Plaintiff served discovery requests on LVHN pursuant to Rules 33 and 34.

2. LVHN failed to serve timely responses, eventually ignoring all requests.

3. Plaintiff initiated **separate meet-and-confer attempts**, each documented and served on counsel Hoffman:

   - **First attempt: 03/09/2026**

   - **Second attempt: 03/16/2026**

   - **Third attempt: 07/06/2026**

4. Counsel Hoffman participate in an abbreviated telephonic conference attempt by Plaintiff Missanelli on March 9 of 2026, stating to Missanelli that he had " nothing to discuss" until compelled by Judge Schmehl and after a Status Conference notification by the Court. He advised Missanelli to "wait for Notice of Status Conference." Hoffman then **ignored all remaining attempts to meet-and confer, providing no response whatsoever.**

5. LVHN has **not served any discovery responses**, nor requested an extension, nor offered any explanation for its noncompliance.

6. Plaintiff has complied with Rule 37(a)(1) by attempting in good faith to resolve the dispute without court intervention.

7. Defendant's refusal to participate in discovery is **deliberate, willful, prejudicial, and in violation of Rule 26(f), Rule 33(b), Rule 34(b), and Rule 37(d).**

## III. LEGAL STANDARD

Rule 37(d)(1)(A) permits sanctions when a party **fails to serve answers, objections, or responses to properly served interrogatories or requests for** production. Rule 37(d)(3) authorizes the Court to impose any of the sanctions listed in Rule 37(b)(2)(A), including:

- deeming matters admitted,

- prohibiting the disobedient party from supporting claims or defenses,

- striking pleadings,

- staying proceedings,

- dismissing the action or entering default judgment,

- and awarding expenses and attorney's fees.

A party's complete failure to engage in meaningful discovery or respond to meet-and-confer efforts and to imply false information to the Plaintiff constitutes willful noncompliance warranting sanctions.

## IV. ARGUMENT

### A. LVHN's Failure to Respond to Discovery Requests Violates Rule 37(d)

LVHN has not served a single discovery response. This alone satisfies Rule 37(d)'s threshold for sanctions.

### B. Counsel Hoffman's Refusal to Participate in Meet-and-Confer Attempts Is Willful and Prejudicial

Counsel Hoffman ignored at least two documented meet-and-confer requests, demonstrating a pattern of deliberate obstruction in another. This violates Rule 26(f), Rule 37(a)(1), and this Court's standing discovery obligations.

### C. Plaintiff Has Suffered Significant Prejudice

LVHN's noncompliance has prevented Plaintiff from:

- obtaining factual information necessary for dispositive motions,

- preparing expert disclosures,

- conducting depositions,

- and advancing the case toward resolution.

### D. Sanctions Are Necessary to Restore Fairness and Ensure Compliance

Given the repeated, willful nature of LVHN's violations, sanctions are warranted to deter further misconduct and protect the integrity of the discovery process.

3

## V. REQUESTED RELIEF

Plaintiff respectfully requests that the Court impose the following sanctions under Rule 37(d):

1.  Order LVHN to serve complete, verified responses to all outstanding discovery requests within 7 days.

2.  Award Plaintiff his expenses associated with repeated meet-and-confer attempts and motion practice.

3.  Prohibit LVHN from introducing evidence on any matter for which discovery responses were withheld.

4.  Strike LVHN's defenses related to issues for which discovery was not produced.

5.  Any further relief the Court deems just and proper, including consideration of default judgment if LVHN continues to obstruct discovery.

## VI. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Rule 37(d) Motion for Sanctions and impose appropriate remedies to address LVHN's and counsel Hoffman's repeated and willful discovery violations.

Respectfully submitted,

John S. Missanelli, D.O.

Plaintiff, Pro Se Glenside, PA. 19038

Date: July 13, 2026

4

**PROPOSED ORDER**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA**

**John S. Missanelli, D.O. Plaintiff, Pro Se, 8810 Wainwright Road, Wyndmoor, PA. 19038, 267-368-2292, jmissanelligrob@aol.com**

**v.**

**Lehigh Valley Health Network, et al., Defendants Hoffman & Hlavac, 1605 North Cedar Crest Blvd., Suite 509, Allentown, PA. 18104, 848-408-6001, shoffman@hhe-law.com**

**Civil Action No. 5:26-cv-1237**

**[PROPOSED] ORDER**

**AND NOW, this ___ day of _____ 2026, upon consideration of Plaintiff's Rule 37(d) Motion for Sanctions Against Defendant LVHN and Counsel Steven Hoffman, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.**

**It is further ORDERED that:**

1. **Defendant LVHN shall serve full, complete, and verified responses to all outstanding discovery requests within seven (7) days of this Order.**

2. **Defendant LVHN and Attorney Hoffman shall pay Plaintiff's reasonable expenses incurred in connection with Plaintiff's meet-and-confer attempts and the filing of this Motion.**

3. **As a sanction under Rule 37(b)(2)(A), LVHN is prohibited from introducing evidence on any matter for which discovery responses were withheld.**

4. **The Court may impose additional sanctions, including striking defenses or entering default, should LVHN or counsel Hoffman fail to comply with this Order.**

5. **Any further relief the Court deems just and proper is hereby authorized.**

**IT IS SO ORDERED.**

**Hon. Jeffrey L. Schmehl United States District Judge Eastern District of Pennsylvania**

1

**CERTIFICATE OF SERVICE**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA**

**John S. Missanelli, D.O., Plaintiff,**

**v. Lehigh Valley Health Network, et al., Defendants.**

**Civil Action No. 5:26-cv-1237**

**CERTIFICATE OF SERVICE**

I, **John S. Missanelli, D.O.,** hereby certify that on July 14, 2026, I served the following document:

- **Plaintiff's Rule 37(d) Motion for Sanctions Against Defendant LVHN and Counsel Steven Hoffman**
- **Proposed Order**
- **Certificate of Service**

upon counsel for Defense by **U.S. Mail,** addressed as follows:

**Hoffman & Hlavac Attn: Steven Hoffman, Esq. 1605 North Cedar Crest Blvd., Suite 509, Allentown, PA. 18104 Email:** shoffman@hoffmanhlavac.com, **484-408-6001.**

Service was made in accordance with the Federal Rules of Civil Procedure.

I certify under penalty of perjury that the foregoing is true and correct.

Date: **July 14, 2026, Glenside, PA**

*[signature]*

**John S. Missanelli, D.O. Plaintiff, Pro Se, 8810 Wainwright Road, Wyndmoor, PA. 19038, 267-368-2292, jmissanelligrob@aol.com**



FOREVER USA

FOREVER USA

PHILADELPHIA PA 190
15 JUL 2026 PM 7

USMS

REC'D JUL 17 2026

John Missanelli
8810 Wainwright Rd
Glenside, PA 19038

Office of the Clerk
United States District Court
504 Hamilton Street
Allentown, PA. 18101

18101-150001